# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TREVOR A. HAAS & JENNIFER J. NIEDERMEIER          Case Number: 05-76040
2573 IL RT 75 N              SSN-xxx-xx-2867 & xxx-xx-7626
FREEPORT, IL  61032

|  |  |
|---|---|
| Case filed on: | 10/11/2005 |
| Plan Confirmed on: | 2/22/2006 |

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $6,626.14      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 003 | ILLINOIS DEPT OF HEALTHCARE | 1,588.83 | 1,588.83 | 0.00 | 0.00 |
|  | Total Priority | 1,588.83 | 1,588.83 | 0.00 | 0.00 |
| 999 | TREVOR A. HAAS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HEIGHTS FINANCE | 400.00 | 400.00 | 135.76 | 48.00 |
| 002 | STATE BANK OF DAVIS | 9,225.00 | 9,225.00 | 2,538.96 | 2,106.15 |
|  | Total Secured | 9,625.00 | 9,625.00 | 2,674.72 | 2,154.15 |
| 001 | HEIGHTS FINANCE | 1,502.16 | 1,502.16 | 0.00 | 0.00 |
| 002 | STATE BANK OF DAVIS | 1,200.98 | 1,200.98 | 0.00 | 0.00 |
| 004 | ACCOUNTS RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ADVANCE AMERICA | 1,202.00 | 1,202.00 | 0.00 | 0.00 |
| 006 | AFNI/VERIZON | 2,104.66 | 2,104.66 | 0.00 | 0.00 |
| 007 | ALLIED BUSINESS ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ASSOCIATED COLLECTORS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ATTORNEY ATHONY COON | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BUSINESSMEN'S COLLECTION BUREAU | 1,154.30 | 1,154.30 | 0.00 | 0.00 |
| 011 | CARROLL COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CHECK IT | 812.44 | 812.44 | 0.00 | 0.00 |
| 013 | COLLECTCORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | COTTONWOOD FINANCIAL LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CREDIT BUREAU CENTRE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CULLIGAN WATER CONDITIONING | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | FINANCIAL RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | FREEPORT ANIMAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | TRI-STATE ADJUSTMENT | 282.59 | 282.59 | 0.00 | 0.00 |
| 022 | HARRIS & HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ILLINI CASH ADVANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MONROE CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | MUTUAL MANAGEMENT SERVICES | 830.75 | 830.75 | 0.00 | 0.00 |
| 027 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | NICHOLAS GARTMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | NICOR GAS | 2,437.64 | 2,437.64 | 0.00 | 0.00 |
| 030 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | PENN CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | PROFESSIONAL COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | R & B RECEIVABLES | 53.10 | 53.10 | 0.00 | 0.00 |
| 034 | RIDDLE AND ASSOCIATES, PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | RISK MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | ROCKFORD MERCANTILE AGENCY INC | 232.04 | 232.04 | 0.00 | 0.00 |
| 037 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | SECURITY FINANCE | 180.00 | 180.00 | 0.00 | 0.00 |
| 039 | SREENAN & CAIN | 834.06 | 834.06 | 0.00 | 0.00 |
| 040 | TERRY MOSS | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | TRI-STATE ADJUSTMENT | 34.06 | 34.06 | 0.00 | 0.00 |
| 042 | UNIVERSAL FIDELITY CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | CECIL HAAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | JOE NIEDERMEIER | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | NANETTE MAHER | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | TRI-STATE ADJUSTMENT | 1,050.25 | 1,050.25 | 0.00 | 0.00 |
| 047 | TRI-STATE ADJUSTMENT | 862.80 | 862.80 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---:|---:|---:|---:|
| 048 | TRI-STATE ADJUSTMENT | | 288.25 | 288.25 | 0.00 | 0.00 |
| 049 | TRI-STATE ADJUSTMENT | | 274.00 | 274.00 | 0.00 | 0.00 |
| 050 | TRI-STATE ADJUSTMENT | | 337.28 | 337.28 | 0.00 | 0.00 |
| 051 | LVNV FUNDING LLC | | 736.18 | 736.18 | 0.00 | 0.00 |
| 052 | SWEDISH AMERICAN HOSPITAL | | 3,809.01 | 3,809.01 | 0.00 | 0.00 |
| 053 | ACCOUNT RECOVERY SERVICES INC | | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | AMERICASH LOANS LLC | | 384.61 | 384.61 | 0.00 | 0.00 |
| | Total Unsecured | | 20,603.16 | 20,603.16 | 0.00 | 0.00 |
| | Grand Total: | | 33,180.99 | 33,180.99 | 4,038.72 | 2,154.15 |

Total Paid Claimant:   $6,192.87
Trustee Allowance:   $433.27
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　　  /s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008　　　　　　　　By   /s/Heather M. Fagan